UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GUTAMA JOTE DINKA,<br><br>Defendant. | NO. CR06-26-RSL<br><br>SUMMARY REPORT OF<br>U.S. MAGISTRATE JUDGE AS<br>TO ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

An evidentiary hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on August 22, 2012. The United States was represented by Assistant United States Attorney Andrew Friedman, and the defendant by Ronald Ness.

The defendant had been charged and convicted of Conspiracy to Distribute Cocaine Base, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(B), and 846. On or about March 30, 2007, defendant was sentenced by the Honorable Robert S. Lasnik, to a term of 70 months in custody, to be followed by 5 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health program, financial disclosure, search and gang association prohibition.

In a Petition for Warrant or Summons, dated July 12, 2012, U.S. Probation Officer Brian K. Facklam asserted the following violations by defendant of the conditions of his supervised release:

1. Committing the criminal offense of assault on or about December 4, 2011, in violation of the general condition of supervision that he not commit another federal, state, or local crime.

2. Committing the criminal offense of disorderly conduct on or about December 4, 2011, in violation of the general condition of supervision that he not commit another federal, state, or local crime.

On August 7, 2012, defendant made his initial appearance. The defendant was advised the allegations and advised of his rights. On August 22, 2012, this matter came before the Court for an evidentiary hearing. Defendant admitted to violations 1 and 2.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as to violations 1 and 2, and that the Court conduct a hearing limited to disposition. A disposition hearing on this violation has been set before the Honorable Robert S. Lasnik on August 30, 2012, at 9:00 a.m.

Pending a final determination by the Court, the defendant has been released, subject to supervision.

DATED this 22nd day of August, 2012.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge: Honorable Robert S. Lasnik
    AUSA: Andrew Friedman
    Defendant's attorney: Ronald Ness
    Probation officer: Brian K. Facklam

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2